IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

COREY BEERS,

Plaintiff,

v.

ASA MCVICKER *et al*.,

Defendants.

Case No. 23-cv-413 JPG

### JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 5/24/2024**  MONICA A. STUMP, Clerk of Court

*s/ Tina Gray, Deputy Clerk*

**Approved:**  *s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**